# EXHIBIT B

emailed to agent by sean-coughlin on 3/1/2017 11:17 AM

POLICY NUMBER     4-100159

# LONE STAR



Renewal ☒ New Policy ☐

Agent – USI/HLS

### DECLARATIONS PAGE
### Professional Liability Insurance Policy
### Occurrence

NAMED INSURED: (including mailing address)

Valitas Health Services, Inc.
103 Powell Court
Brentwood, TN 37027

NAMED INSURED IS A(N):     **Group**

NOTICE:  THIS POLICY IS ISSUED BY YOUR
RISK RETENTION GROUP

Your risk retention group may not be subject to all of the insurance laws
and regulations of your state.  State insurance insolvency guaranty funds
are not available for your risk retention group.

POLICY PERIOD:

| | |
|---|---|
| Effective Date: | **01/01/2017** |
| Expiration Date: | **01/01/2018** |

Beginning and ending at 12:01 a.m.

SPECIALTY:

**See Schedule of Insureds**

TOTAL PREMIUM:

**$1,000,000**
**Premium is fully earned at policy inception.**

LIMITS OF LIABILITY:

| | |
|---|---|
| TOTAL POLICY AGGREGATE LIMIT | $22,500,000 |
| | |
| AGGREGATE SELF-INSURED RETENTION* | $18,500,000 |
| | |
| MEDICAL GROUP PROFESSIONAL LIABILITY: | |
| Each Medical Incident – Each Physician Insured Limit | $1,000,000 |
| Each Medical Incident – All Other Non-Physician Insureds Combined Limit | $1,000,000 |
| Each Medical Incident Aggregate – All Insureds Combined Limit** | $2,000,000 |
| Each Physician Insured Aggregate Limit | $3,000,000 |
| Each Medical Incident – Physician Insured Self-Insured Retention | $1,000,000 |
| Each Medical Incident – All Other Non-Physician Insureds Combined Self-Insured Retention | $1,000,000 |
| Each Medical Incident Aggregate – All Insureds Combined Self-Insured Retention** | $2,000,000 |
| Each Physician Insured Aggregate Self-Insured Retention | $3,000,000 |
| | |

*The Aggregate Self-Insured Retention reduces the Total Policy Aggregate Limit.  The Aggregate
Self-Insured Retention is reduced by damages only, not **Defense Costs**.  **Defense Cost** are paid
directly by the **First Named Insured** and do not erode the Limits of Insurance or the Self-Insured
Retention.  Thus, the maximum total amount payable as damages by Lone Star Alliance, Inc. is
$4,000,000.
** The Each Medical Incident Aggregate – All Insureds Combined Limit and Self-Insured
Retention apply regardless of the number of Insured defendants involved or named in a **medical
incident**.