MIE (Rev: 9/09) Order Regarding Reassignment of Companion Case - Civil

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KOCHISE JACKSON, et al.,

                    Plaintiff(s),                    Case No.  26-11795

v.                                                   Honorable  Linda V. Parker

LONE STAR ALLIANCE, INC., et al.,                    Magistrate Judge  Anthony P. Patti


                    Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

       This case appears to be a companion case to Case No. _____19-13382_____.  Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable _Gershwin A. Drain_____ and Magistrate Judge _Patricia T. Morris_____.


                                        s/Linda V. Parker_____
                                        Linda V. Parker
                                        United States District Judge

                                        s/Gershwin A. Drain_____
                                        Gershwin A. Drain
                                        United States District Judge


       Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
       Case type: _CIVIL_____

       If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.


Date: _June 16, 2026_____           s/N. Ahmed_____
                                              Deputy Clerk


cc:    Parties and/or counsel of record
       Honorable Gershwin A. Drain