UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Kochise Jackson, et al.,

                  Plaintiff(s),

v.                                    Case No. 2:26−cv−11795−GAD−PTM
                                    Hon. Gershwin A. Drain

Lone Star Alliance, Inc, et al.,

                  Defendant(s),

_____

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 761, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  July 13, 2026 at 11:30 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/Marlena A Williams_____
                      Case Manager

Dated:  June 16, 2026